LEONA IMHOF, Appellant, v. WALTER J. IMHOF, Respondent.— Order modified by providing that alimony in arrears for the support and maintenance of plaintiff and the children of said marriage be paid to plaintiff, and also one-half of the counsel fee; the balance of counsel fee to be paid at the time of trial; and as so

modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.